IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JONATHAN CHONGTAE LEE,** | 3:13-CV-00975-CL |
| Petitioner, | ORDER |
| v. | |
| **ELLEN ROSENBLUM and SUPERINTENDENT OREGON STATE HOSPITAL,** | |
| Respondents. | |

**BROWN, Judge.**

    Magistrate Judge Mark D. Clarke issued Findings and Recommendation (#36) on November 18, 2014, in which he recommends the Court deny Petitioner Jonathan Chongtae Lee's Petition (#1) for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, dismiss this matter with prejudice, and deny a certificate of appealability.

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Clarke's Findings and Recommendation (#36), **DENIES** the Petition (#1) for Writ of Habeas Corpus, **DISMISSES** this matter **with prejudice**, and **DENIES** a certificate of appealability.

IT IS SO ORDERED.

DATED this 18th day of December, 2014.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER